08 JUN 11 PM 3:50

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1909 LAB

UNITED STATES OF AMERICA,       )   Criminal Case No. _____
                                )
              Plaintiff,        )   I N D I C T M E N T
                                )
     v.                         )   Title 8, U.S.C., Secs. 1326(a)
                                )   and (b) - Deported Alien Found
OMAR URIBE-VASQUEZ,             )   in the United States
                                )
              Defendant.        )
_____)

The grand jury charges:

On or about April 9, 2008, within the Southern District of California, defendant OMAR URIBE-VASQUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

WMC:fer:San Diego
6/10/08

It is further alleged that defendant OMAR URIBE-VASQUEZ was removed from the United States subsequent to October 30, 2006.

DATED: June 11, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney