1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6  Attorneys for Mr. Uribe-Vasquez
7
8                              UNITED STATES DISTRICT COURT
9                          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                                **(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08cr1909-LAB-01 |
| 12             Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 **OMAR URIBE-VASQUEZ,** | ) | |
| 15             Defendant. | ) | |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned.

20                                             Respectfully submitted,

21 Dated: July 3, 2008                          *s/ Bridget Kennedy*
                                                Federal Defenders of San Diego, Inc.
22                                              *bridget_kennedy@fd.org*

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Uribe-Vasquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                    )<br>                        Plaintiff,                              )<br>                                                                    )<br>v.                                                                )<br>                                                                    )<br>**OMAR URIBE-VASQUEZ,**                      )<br>                                                                    )<br>                        Defendant.                          )<br>_____) | Case No. 08CR1909-LAB-1<br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 3, 2008                                              _s/ Bridget L. Kennedy_
                                                                            **BRIDGET L. KENNEDY**
                                                                            Federal Defenders of San Diego, Inc.,
                                                                            225 Broadway, Suite 900
                                                                            San Diego, CA 92101-5030
                                                                            (619) 234-8467  (tel)
                                                                            (619) 687-2666  (fax)
                                                                            e-mail:bridget_kennedy@fd.org