# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER **08CR1909-LAB** |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| **Omar Uribe-Vasquez (1)** | ) | Booking No. **36416359** |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **7/18/08**
the Court entered the following order:

**X** ____ Defendant be released from custody. **AS TO THIS CASE ONLY.**

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $ _____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

**X** ____ Other. **△ proceeds with case 08CR1467-LAB ACCEPT PLEA/ PD RPT & SENT 8/18 930AM LAB**

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by /s/ [signature]
Deputy Clerk

Received _____
  DUSM

Crim-9   (Rev 6-95)                                       ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**