**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1909-LAB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| OMAR URIBE-VASQUEZ, | |
| Defendant. | |

FILED JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case (08CR1467-LAB) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/17/08

BARBARA L. MAJOR
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

I have executed within Judgment of dismissal
~~Judgment and Commitment~~ on 7/23/08     ENTERED ON _____
United States Marshal
By: _____
USMS Criminal Section